UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GARY W. BAUDER,

    Petitioner,

v.                                                                   Case No. 3:14cv300/LC/CJK

JULIE L. JONES,[1]

    Respondent.
_____/

ORDER and
REPORT AND RECOMMENDATION

    This counseled habeas case, filed under 28 U.S.C. § 2254, is before the court upon the parties' Stipulation of Dismissal (doc. 22).  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action should be dismissed.

    Accordingly, it is ORDERED:

    The clerk shall change the docket to reflect that Julie L. Jones has been substituted as respondent in this cause.

    And it is respectfully RECOMMENDED:

    1.  That this case be DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(a)(1)(A)(ii), pursuant to the parties' stipulation of dismissal.

---

[1] Julie L. Jones succeeded Michael D. Crews and Interim Secretary Timothy H. Cannon as Secretary of the Florida Department of Corrections, and is automatically substituted as the respondent.  Fed. R. Civ. P. 25(d).

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 6th day of April, 2015.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).