UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GARY W. BAUDER,

    Petitioner,

v.                                          Case No. 3:14cv300/LC/CJK

JULIE L. JONES,

    Respondent.
_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 6, 2015. (Doc. 23). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is ORDERED:

    1. The magistrate judge's Report and Recommendation (doc. 23) is adopted and incorporated by reference in this order.

    2. This case is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(a)(1)(A)(ii), pursuant to the parties' stipulation of dismissal.

3.  The clerk is directed to close the file.

DONE AND ORDERED this 11th day of May, 2015.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**